**Sumner L. SAMUELS, Plaintiff, v. E. F. DREW & CO., Inc., Defendant. In the Matter of the Claim of John F. CONWAY against the Receiver or Receivers of E. F. Drew & Co., Inc., Claimant Appellant.**

(Circuit Court of Appeals, Second Circuit. May 4, 1925.)

No. 322.

Appeal from the District Court of the United States for the Southern District of New York.

See, also, 286 F. 278, 281.

Poore & Webster, of New York City (John G. Poore, of New York City, of counsel), for appellant.

Lowenthal, Szold & Perkins, of New York City (Maxwell Brandwene and Malcolm P. Sharp, both of New York City, of counsel), for appellee.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Order [7 F.(2d) 764] affirmed.